NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER BENJAMIN CLARDY,    )
                                )
            Appellant,          )
                                )
v.                              )        Case No.  2D18-1084
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____ )

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Howard L. Dimmig, II, Public Defender,
and Karen M. Kinney, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Brandon R. Christian,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, BLACK, and SALARIO, JJ., Concur.